1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FERNANDO CORTEZ

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   NO. 6:10-mj-00111 MJS
                                 )
12              Plaintiff,       )   STIPULATION TO CONTINUE MOTIONS
                                 )   HEARING AND RE- SET MOTIONS SCHEDULE;
13         v.                    )   ORDER
                                 )
14 FERNANDO CORTEZ,              )   Date:  November 17, 2010
                                 )   Time:  10:00 A.M.
15              Defendant.       )   Judge: Hon. Michael J. Seng
                                 )
16 _____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that a new motions schedule in the above-captioned matters may be set as follows:  Defense

20 motions shall be due on or before October 27, 2010, government response(s) shall be due on or before

21 November 8, 2010, **and the hearing on motions now set for October 10, 2010, may be continued to**

22 **Wednesday, November 17, 2010, at 10:00 A.M.**

23         This continuance is requested because defense counsel has only recently been appointed to this

24 matter and needs sufficient time to file any appropriate motions on behalf of defendant and the

25 government will then need sufficient time to file any appropriate response prior to the hearing.  The

26 requested continuance will save time and resources for both the court and counsel.

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

5   Dated:  October 5, 2010                                    By:   /s/ Susan St. Vincent
                                                                     SUSAN ST. VINCENT
6                                                                    Acting Legal Officer for
                                                                     National Park Service

8   Dated:  October 5, 2010                                    By:   /s/ Melody M. Walcott
                                                                     MELODY M. WALCOTT
9                                                                    Office of the Federal Defender
                                                                     Attorney for Defendant
10                                                                   Fernando Cortez

12                                          **O R D E R**

14  IT IS SO ORDERED.
15  Dated:     October 20, 2010                        /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE